| | |
|---|---|
| 1 | KAMALA D. HARRIS<br>Attorney General of California |
| 2 | FIEL D. TIGNO<br>Supervising Deputy Attorney General |
| 3 | RAYMOND W. HAMILTON<br>Deputy Attorney General |
| 4 | State Bar No. 61398<br> 1515 Clay Street, 20th Floor |
| 5 | P.O. Box 70550<br> Oakland, CA  94612-0550 |
| 6 |  Telephone:  (510) 622-2223<br> Fax:  (510) 622-2270 |
| 7 |  E-mail:  Raymond.Hamilton@doj.ca.gov<br>*Attorneys for State of California Department of* |
| 8 | *Rehabilitation and Donna Hezel* |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **MINNIE MITCHELL-MATTHEWS,**<br><br>Plaintiff,<br><br>v.<br><br>**STATE OF CALIFORNIA et al,**<br><br>Defendants. | CV 13-02854-BLF<br><br>[PROPOSED] ORDER RE REQUEST BY COUNSEL FOR DEFENDANTS FOR APPEARANCE VIA COURTCALL AT UPCOMING CMC<br><br>Date:  November 13, 2014<br>Time: 1:30 p.m.<br>Courtroom: Courtroom 3, 5th floor<br>Judge: The Honorable Beth Labson Freeman<br>Trial Date: May 4, 2015<br>**Action Filed: June 20, 2013** |

A Case Management Conference ("CMC") has been scheduled by the court on November 13, 2014, at 1:30 p.m. in this matter.  Raymond W. Hamilton ("Hamilton"), Deputy Attorney General, counsel for defendants State of California Department of Rehabilitation and Donna Hezel respectfully requests that he be allowed to appear at the CMC via CourtCall for the following reason:

Hamilton's supervisors have scheduled a staff meeting on November 13, 2014, at 11:00 a.m. All Deputy Attorneys General in the Employment and Administrative Mandate section in Oakland are required to attend such meetings unless a court appearance or other conflict prevents such attendance. Hamilton will be unable to attend the staff meeting scheduled at 11:00 a.m. if he has to drive to San Jose to make an appearance at the CMC scheduled at 1:30 p.m. Because attendance via CourtCall would allow Hamilton to attend both the staff meeting and the upcoming CMC, counsel for defendants respectfully requests that he be allowed to attend the CMC via CourtCall.

Dated: November 7, 2014

KAMALA D. HARRIS
Attorney General of California
FIEL D. TIGNO
Supervising Deputy Attorney General

By: /s/Raymond W. Hamilton
RAYMOND W. HAMILTON
Deputy Attorney General
*Attorneys for Defendants State of California Department of Rehabilitation and Donna Hezel*

It is so ordered.

Dated: November 7, 2014

Hon. Beth Labson Freeman
U.S. District Court Judge

OK2013901864
Proposed Order re CourtCall.doc

2

Order Re Request by Counsel for Defendants for Appearance Via CourtCall at CMC   (CV 13-02854-BLF)